THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARILYN CAZARES, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>FORTIVE CORPORATION, ADVANCED STERILIZATION PRODUCTS SERVICES INC., and ADVANCED STERILIZATION PRODUCTS, INC.,<br><br>　　　　　　　　　Defendants. | No. 2:24-cv-01741-TL<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS FORTIVE CORPORATION AND ACCRUENT LLC CORPORATION'S RESPONSE TO CLASS ACTION COMPLAINT**<br><br>**NOTE ON MOTION CALENDAR:**<br>**November 8, 2024** |

The parties to this action, by and through their undersigned counsel, respectfully submit this stipulation and proposed order to the Court, stating as follows: On October 16, 2024, Plaintiffs filed their Class Action Complaint. Defendants Fortive Corporation and Advanced Sterilization Products, Inc. were served via process on October 29, 2024. Defendant Advanced Sterilization Products Services Inc. was served via process on October 30, 2024. Defendants' deadline to respond to the Class Action Complaint is November 19,

STIPULATION AND (PROPOSED) ORDER RE DEFENDANTS' RESPONSE TO CLASS ACTION COMPLAINT – Page 1
No. 2:24-cv-01741-TL

Corr Cronin llp
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900

2024. The parties met and conferred on November 4, 2024, and stipulate to moving Defendants' deadline to respond to the Class Action Complaint to December 20, 2024.

SO STIPULATED this 8th day of November, 2024.

| STRAUSS BORRELLI PLLC | CORR CRONIN LLP |
|---|---|
| *s/ Samuel J. Strauss (per email authorization)* <br> Samuel J. Strauss, WSBA No. 46971 <br> STRAUSS BORRELLI PLLC <br> 980 N. Michigan Avenue <br> Suite 1610 <br> Chicago, IL 60611 <br> (872) 263-1100 Phone <br> sam@straussborrelli.com <br><br> Seattle office: <br> 936 N. 34th Street, Suite 300 <br> Seattle, WA 98103 <br><br> Grayson Wells, *Admitted Pro Hac Vice* <br> J. Gerard Stranch, IV, *Admitted Pro Hac Vice* <br> STRANCH JENNINGS & GARVEY PLLC <br> 223 Rosa L Parks Avenue, Suite 200 <br> Nashville, TN 37203 <br> (615) 254-8801 Phone <br> gwells@stranchlaw.com <br> gstranch@stranchlaw.com <br><br> *Attorneys for Plaintiff* | *s/ Blake Marks-Dias* <br> Blake Marks-Dias, WSBA No. 28169 <br> Todd T. Williams, WSBA No. 45032 <br> 1015 Second Avenue, Floor 10 <br> Seattle, WA 98104 <br> (206) 625-8600 Phone <br> (206) 625-0900 Fax <br> bmarksdias@corrcronin.com <br> twilliams@corrcronin.com <br><br> Peter Loh *(Pro Hac Vice Application Forthcoming)* <br> Ana Sofia Batista *(Pro Hac Vice Application Forthcoming)* <br> FOLEY & LARDNER LLP <br> 2021 McKinney Avenue <br> Suite 1600 <br> Dallas, TX 75201 <br> Telephone: (214) 999-3000 <br> Facsimile: (214) 999-4667 <br> ploh@foley.com <br> abatista@foley.com <br><br> *Attorneys for Defendants Fortive Corporation, Advanced Sterilization Products Services Inc. and Advanced Sterilization Products, Inc* |

1  IT IS SO ORDERED.

_____
HONORABLE TANA LIN
UNITED STATES DISTRICT JUDGE

Presented by:

CORR CRONIN LLP

*s/ Blake Marks-Dias*
Blake Marks-Dias, WSBA No. 28169
Todd T. Williams, WSBA No. 45032
1015 Second Avenue, Floor 10
Seattle, WA  98104
(206) 625-8600 Phone
(206) 625-0900 Fax
bmarksdias@corrcronin.com
twilliams@corrcronin.com

*Attorneys for Defendants Fortive Corporation, Advanced Sterilization Products Services Inc. and Advanced Sterilization Products, Inc*

STIPULATION AND (PROPOSED) ORDER RE DEFENDANTS' RESPONSE TO CLASS ACTION COMPLAINT – Page 3
No. 2:24-cv-01741-TL

CORR CRONIN LLP
1015 Second Avenue, 10th Floor
Seattle, Washington 98104-1001
Tel (206) 625-8600
Fax (206) 625-0900